**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-18912-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Figueredo                        CO-DEBTOR: Sara Izquierdo
Last Four Digits of SS# xxx-xx-6973            Last Four Digits of SS# xxx-xx-7493

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ 2,351.67  for months  1  to  60 ;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID    $2,500.00
                  Balance Due    $ 1,750.00  payable $ 145.84  month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage          Arrearage on Petition Date $ 35,000.00
Address 8480 Stage Coach Circle        Arrears Payment  $ 700.00 /month (Months 1 to 12 )
      Frederick, MD 21701                Arrears Payment  $ 554.17 /month (Months 13 to 60)
      Loan No. 9368429355764           Regular Payment $ 1,247.00 /month (Months 1 to 60 )

2. _____         Arrears Payment  $_____
_____             Arrears Payment  $_____/month (Months ___ to ___)
_____             Regular Payment $_____/month (Months ___ to ___)
                                     Arrears Payment  $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank<br>Loan No. xxxx5804<br>Prop Add: 17510 NW 47th Ave<br>Opa Locka, FL 33055 | $139,623.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service        Total Due $ 1,659.00
                                    Payable $ 23.67 /month (Months  1  to  12 )
                                    Payable $28.65 / month  ( Months  13  to  60 )

Unsecured Creditors: Pay $ 286.69  month (Months  13  to  60  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Bank of the West ( Loan No. xxxx3429) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 04/26/12