### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **12-18912-LMI**

☐ _____ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Figueredo _____          CO-DEBTOR: Sara Izquierdo _____
Last Four Digits of SS# xxx-xx-6973 _____          Last Four Digits of SS# xxx-xx-7493 _____

☐   This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:**  Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60_ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

| | | |
|---|---|---|
| A. | $ 2,910.05 _____ for months _1_ to _60_ ; | |
| B. | $_____ for months _____ to_____; | |
| C. | $_____ for months _____ to _____ in order to pay the following creditors: | |

Administrative:          Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                         TOTAL PAID    $2,500.00
                         Balance Due    $ 1,750.00 ___ payable $ 145.84 ___ month (Months _1_ to _12_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage _____          Arrearage on Petition Date $ 47,613.53
Address 8480 Stage Coach Circle _____          Arrears Payment $ 910.22 /month (Months _1_ to _12_)
_____ Frederick, MD 21701 _____          Arrears Payment $ 764.40 /month (Months _13_ to _60_)
_____ Loan No. 9368429355764 _____          Regular Payment $ 1,535.76 /month (Months _1_ to _60_)

2._____          Arrears Payment $_____
_____          Arrears Payment $_____/month (Months____ to ___)
_____          Regular Payment $_____/month (Months____ to ___)
                         Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank Loan No. xxxx5804 Prop Add: 17510 NW 47th Ave Opa Locka, FL 33055 | $139,623.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1. Internal Revenue Service _____          Total Due $ 1,627.00 _____
                         Payable $ 27.23 /month (Months _1_ to _12_)
                         Payable $ 27.10 / month ( Months _13 to 60_)

Unsecured Creditors: Pay $ 291.79 ___ month (Months _13_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Bank of the West ( Loan No. xxxx3429) directly outside the plan. The debtors will provide copies copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I & J and modify the plan if necessary. _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 09/05/12