UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 12-18912-LMI
Frank Figueredo
Sara Izquierdo
Debtors.                                                        Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, Frank Figueredo and Sara Izquierdo, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 12, 2012 the instant case was filed.

2. On October 22, 2012 debtors' third amended chapter 13 plan was confirmed.

3. The Debtors are curing and maintaining their homestead property through the plan.

4. On April 11, 2016, the Secured Creditor, Wells Fargo Bank, N.A. [Proof of Claim 23-3], filed its Notice of Mortgage Payment Change changing the regular payment to $1,379.38.

5. The Debtors desire to Modify their plan to provide for the requested payment amount.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 15th day of April 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161