**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-18912-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __FIRST__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Figueredo                           CO-DEBTOR: Sara Izquierdo
Last Four Digits of SS# xxx-xx-6973               Last Four Digits of SS# xxx-xx-7493

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.   $ 2,821.11 for months 1 to 48;
  B.   $ 2,741.17 for months 49 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) + $525 Motion to Modify = $4,775.00
                   TOTAL PAID       $2,500.00
                   Balance Due      $ 2,275.00  payable $ 36.46 month (Months 1 to 48)
                                               payable $ 262.50 month (Months 49 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage [23-3]          Arrearage on Petition Date $ 47,588.53
Address 8480 Stage Coach Circle              Arrears Payment $ 818.51 /month (Months 1 to 48)
         Frederick, MD 21701                 Arrears Payment $ 691.67 /month (Months 49 to 60)
         Loan No. 9368429355764              Regular Payment $ 1,568.23 /month (Months 1 to 48)
                                             Regular Payment $ 1,379.38 /month (Months 49 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank<br>Loan No. xxxx5804<br>Prop Add: 17510 NW 47th Ave<br>Opa Locka, FL 33055 | $139,623.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due $ 1,627.00
                                     Payable $ 27.65 /month (Months 1 to 48)
                                     Payable $ 24.98 / month (Months 49 to 60)

Unsecured Creditors: Pay $ 209.97 month (Months 1 to 48); Pay $ 108.53 month (Months 49 to 50); and Pay $ 371.03 month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Bank of the West (Loan No. xxxx3429) directly outside the plan. The debtors will provide copies copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I & J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                             /s/ Robert Sanchez, Esq.
Attorney for debtor                                  Attorney for joint debtor
Date: 04/15/2016                                     Date: 04/15/2016