**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-18912-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ __SECOND__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Figueredo                           CO-DEBTOR: Sara Izquierdo
Last Four Digits of SS# xxx-xx-6973               Last Four Digits of SS# xxx-xx-7493

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __2,821.11__ for months __1__ to __48__ ;

    B.    $ __2,741.17__ for months __49__ to __60__ ; in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) + $525 Motion to Modify = $4,775.00
                    TOTAL PAID    $2,500.00
                    Balance Due   $ 2,275.00 payable $ 36.46 month (Months __1__ to __48__ )
                                                  payable $ 262.50 month (Months __49__ to __50__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage [23-3]    Arrearage on Petition Date $ 47,588.53
Address 8480 Stage Coach Circle       Arrears Payment $ 818.51 /month (Months __1__ to __48__ )
        Frederick, MD 21701              Arrears Payment $ 691.67 /month (Months __49__ to __60__ )
        Loan No. 9368429355764        Regular Payment $ 1,568.23 /month (Months __1__ to __48__ )
                                         Regular Payment $ 1,379.38 /month (Months __49__ to __60__ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank<br>Loan No. xxxx5804<br>Prop Add: 17510 NW 47th Ave<br>Opa Locka, FL 33055 | $139,623.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service        Total Due $ 1,627.00
                                       Payable $ 27.65 /month (Months __1__ to __48__ )
                                         Payable $ 24.98 / month ( Months 49 to 60 )

Unsecured Creditors: Pay $ 209.97 month (Months __1__ to __48__ ); Pay $ 108.53 month (Months __49__ to __50__ ); and Pay $ 371.03 month (Months __51__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Bank of the West ( Loan No. xxxx3429) directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                                        /s/ Robert Sanchez, Esq.
Attorney for debtor                                                         Attorney for joint debtor
Date: 06/10/2016                                                              Date: 06/10/2016