UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

```
In re:                                        Case No.: 12-18912-LMI
     Frank Figueredo
     Sara Izquierdo
     Debtors.                                 Chapter 13
_____/
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion To Modify Plan and Approving Second Modified Chapter 13 Plan was sent via CM/ECF to Nancy Neidich, Trustee, and U.S. Mail this 21st day of July 2016 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 12-18912-LMI<br>Southern District of Florida<br>Miami<br>Fri Apr 15 14:13:27 EDT 2016 | JPMorgan Chase Bank N.A. c/o Shermeta, Adams<br>Po Box 80908<br>Rochester Hills, MI 48308-0908 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency<br>PO Box 80730<br>Rochester, MI 48308-0730 |
| Midland Credit Management, Inc.<br>2365 Northside Dr #300<br>San Diego, CA 92108-2709 | PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 | Wells Fargo Bank, N.A.<br>Douglas C. Zahm, P.A.<br>12425 28th St. North, Suite 200<br>St. Petersburg, FL 33716-1826 |
| Altitude Funding Associates LLC<br>324 Datura Pl #115<br>W Palm Beach FL 33401-5415 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK  73126-9093 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 |
| Bank Of The West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 | Bankfirst<br>1509 W 41st St<br>Sioux Falls, SD 57105-6370 | Beneficial/Hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bp/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-2322 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101-2039 | Chase Bank (formerly Washington Mutual)<br>POB 15298<br>Wilmington, DE 19850-5298 |
| Chase Na<br>2500 Westfield Dr<br>Elgin, IL 60124-7836 | Citgo/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citi Ctb<br>Po Box 22066<br>Tempe, AZ 85285-2066 | (p)CITIFINANCIAL<br>1000 TECHNOLOGY DRIVE<br>OFALLON MO 63368-2239 | Conseco<br>1400 Turbine Drive<br>Rapid City, SD 57703-4719 |

| | | |
|---|---|---|
| Consumer Asset Managem<br>80 Sw 8th St Ste 2203<br>Miami, FL 33130-3004 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Equable Ascent Financi<br>1120 W Lake Cook Rd Ste<br>Buffalo Grove, IL 60089-1970 |
| Ford Cred<br>Po Box  542000<br>Omaha, NE 68154-8000 | Ford Motor Credit Company<br>American Road Recovery<br>POB 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Compnay<br>C/O Wo;;oam A. Ingraham, Jr.<br>and Associates P.A.<br>Box 370098<br>Miami, FL 33137-0098 |
| GECRB/JC Penney<br>POB 965001<br>Orlando, FL 32896-5001 | Ge Moneybank<br>4246 South Riverbo Suite 200<br>Salt Lake City, UT 84123-2582 | Gecrb/Bmrt<br>P O Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/Brandsmart<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/Care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 |
| Gecrb/Jewelry Accents<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/Lowes<br>Po Box 103065<br>Roswell, GA 30076 | Gecrb/Walmart Dc<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gecrb/Wlmrtd<br>Po Box 965005<br>Orlando, FL 32896-5005 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |
| IRS Department of the Tresury<br>Internal Revenue Services<br>POB 7346<br>Philadelphia, PA 19101-7346 | J.P. Morgan Chase Bank NA<br>c/o Biana Hamady<br>POB 80908<br>Rochester Hills MI 48308-0908 | JPMorgan Chase Bank, N.A.<br>c/o Shermeta, Adams & Von Allmen, P.C.<br>P.O. Box 80908<br>Rochester Hills, MI  48308-0908 |
| Limestone Asset Mgmt<br>625 Pilot Rd Ste 2<br>Las Vegas, NV 89119-4485 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Midland Credit Mgmt In<br>2365 Northside Dr. #300<br>San Diego, CA 92108-2709 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Nco Fin/09<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PARAGON CONTRACTING SERVICES,INC<br>by PRA Receivables Management, LLC<br>PO Box 1109<br>Minneapolis MN 55440-1109 | Pan Am Horizons Fcu<br>12171 Moody Dr<br>Homestead, FL 33032-8001 | Paragon Way Inc<br>2101 W Ben White Blvd<br>Austin, TX 78704-7516 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | Powerficu<br>2020 Nw 150th Ave.<br>Pembroke Pines, FL 33028-2805 |
| Precision Recovery Analytics, Inc<br>c/o Cavalry Advisory Services<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595-1340 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Shell/Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207 | WELLS FARGO HOME MORTGAGE<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>MAC D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715-7203 |
| Wells Fargo Bank<br>C/O Douglas C. Zahm P.A.<br>125425 28th Street North<br>Suite 200<br>Saint Petersburg, FL 33716 | Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Dept./MAC#D33414-0<br>3476 Stateview Blvd. Fort Mill, SC 29715 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wells Fargo Home Mortgage<br>C/O Douglas C. Zahm P.A.<br>12425 28th Street North<br>Suite 200<br>Saint Petersburg, FL 33716-1826 | Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | Wfm/Wbm<br>3480 Stateview Blvd Bldg<br>Fort Mill, SC 29715-7203 |
| Wfnnb/Victorias Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | Frank Figueredo<br>17510 N.W. 47 Ave.<br>Miami Gardens, FL 33055-3652 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | Sara Izquierdo<br>17510 N.W. 47 Ave.<br>Miami Gardens, FL 33055-3652 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | (d)JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 |
| (d)Midland Credit Management, Inc.<br>2365 Northside Dr. #300<br>San Diego, CA 92108-2709 | (d)Wells Fargo Home Mortgage<br>Attention: Bankruptcy Department<br>MAC D3347-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | End of Label Matrix<br>Mailable recipients    80<br>Bypassed recipients     5<br>Total                  85 |